IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| TASHA LONG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2023-1910 |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Respondent. | ) | |

PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. App. P. 26(b), Petitioner, Tasha Long, respectfully requests that the Court grant an extension of time of 14 days, to and including October 24, 2023, within which to file petitioner's reply brief. Petitioner's brief currently is due on October 10, 2023. This is our first request for an extension of time for this purpose. On September 22, 2023, counsel for respondent, Reta E. Bezak, indicated that respondent does not oppose the requested extension.

Counsel for petitioner was on annual leave between September 19, 2023, (when respondent's response brief was filed) and September 21, 2023. Moreover, counsel for petitioner, in addition to other matters and obligations, will be on business travel providing client training and representational activities for AFGE Local 987 at Warner Robins Air Force Base for the week of September 25-29, 2023. This includes two full days of travel, two full days of training, and one full day of

representational activities. Further, counsel must prepare the training presentations and materials. Counsel for petitioner also must reply to a Motion for Summary Judgment in EEOC Case No. 420-2023-00162X by September 26, 2023. Moreover, counsel for petitioner must prepare and file attorney fee applications to the MSPB in case numbers DE-0752-21-0326-I-1 and DE-0714-19-0443-I-1 by October 9 and October 10, 2023, respectively.

    Accordingly, we respectfully request that the Court grant petitioner's unopposed motion for an extension of time of 14 days, to and including October 24, 2023, within which to file petitioner's reply brief.

Respectfully submitted,

/s/ Thomas F. Muther, JR.
THOMAS F. MUTHER, JR.
Attorney for Petitioner
5132 W. 26th Ave
Denver, CO 80212
Tel. (303) 986-0054
Fax. (303) 986-1137

Date: September 22, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A), the undersigned certifies that the word processing software used to prepare this motion indicates that there are a total of 301 words, excluding the portions of the motion identified in the rules. The motion complies with the typeface requirements and type style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) and has been prepared using Times New Roman 14 point font, proportionally spaced typeface.

/s/ Thomas F. Muther, Jr.